IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PICSEL (RESEARCH) LTD. and<br>PICSEL TECHNOLOGIES LTD.,<br><br>       Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br><br>       Defendant. | C.A. No. 09-100-SLR |

## **STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that:

1. Defendant Apple, Inc. waives any defenses or objections to personal jurisdiction, any defect in the Summons, and service of the Summons and Complaint.

2. Defendant Apple, Inc.'s time to answer, move against or otherwise respond to the Complaint in this action shall be extended to and including May 8, 2009.

DATED: March 6, 2009

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Thomas L. Halkowski* <br> Thomas L. Halkowski (#4099) <br> 222 Delaware Avenue, 17th floor <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> halkowski@fr.com <br> (302) 652-5070 <br><br> Attorneys for Defendant <br> APPLE, INC. | /s/ *Jack B. Blumenfeld* <br> Jack B. Blumenfeld (#1014) <br> Julia Heaney (#3052) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> jblumenfeld@mnat.com <br> jheaney@mnat.com <br> (302) 658-9200 <br><br> Attorneys for Plaintiffs <br> PICSEL (RESEARCH) LTD., AND <br> PICSEL TECHNOLOGIES, LTD. |

**SO ORDERED** this _____ day of March 2009.

_____
HONORABLE SUE L. ROBINSON
United States District Judge

80075748.doc