IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PICSEL (RESEARCH) LTD. and
PICSEL TECHNOLOGIES LTD.,

       Plaintiffs,

  v.

APPLE INC.,

       Defendant.

C.A. No. 09-100-SLR

## **STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that: Defendant Apple, Inc.'s time to answer, move against or otherwise respond to the Complaint in this action shall be extended to and including August 7, 2009.

DATED: June 26, 2009

| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Thomas L. Halkowski* | /s/ *Julia Heaney* |
| Thomas L. Halkowski (#4099) | Jack B. Blumenfeld (#1014) |
| 222 Delaware Avenue, 17th floor | Julia Heaney (#3052) |
| P.O. Box 1114 | 1201 N. Market Street |
| Wilmington, DE 19899-1114 | P.O. Box 1347 |
| halkowski@fr.com | Wilmington, DE 19899-1347 |
| (302) 652-5070 | jblumenfeld@mnat.com |
| | jheaney@mnat.com |
| Attorneys for Defendant | (302) 658-9200 |
| APPLE, INC. | |
| | Attorneys for Plaintiffs |
| | PICSEL (RESEARCH) LTD., AND |
| | PICSEL TECHNOLOGIES, LTD. |

**SO ORDERED** this _____ day of June 2009.

_____
HONORABLE SUE L. ROBINSON
United States District Judge

80081024.doc