IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PICSEL (RESEARCH) LTD. and PICSEL TECHNOLOGIES LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 09-100 (SLR) ) |
| APPLE, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), this action is dismissed without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorney for Plaintiffs Picsel (Research) Ltd. and Picsel Technologies Ltd.*

OF COUNSEL:

Richard D. Rochford
NIXON PEABODY LLP
Suite 1100
Clinton Square
Rochester, NY 14604
(585) 263-1000

Russell J. Genet
NIXON PEABODY LLP
161 North Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900

July 16, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Thomas L. Halkowski, Esquire
> FISH & RICHARDSON P.C.

I further certify that I caused to be served copies of the foregoing document on July 16, 2009 upon the following in the manner indicated:

| | |
|---|---|
| Thomas L. Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |

*/s/ Julia Heaney*

Julia Heaney (#3052)