IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Civil Action No. 09-804 (JJF)

**JURY TRIAL DEMANDED**

## STIPULATION TO MODIFY RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that certain dates in the Rule 16 Scheduling Order entered on March 2, 2010 (D.I. 12), be modified as follows:

6. <u>Discovery (¶6(a)(i))</u>. The Parties will meet and confer regarding the service of infringement and invalidity contentions and propose an addendum to the Scheduling Order by <u>March 30, 2010</u>.

7. <u>E-Discovery Default Standard (¶7(c))</u>. The Parties will meet and confer on e-discovery related issues not addressed above and propose an addendum to the Scheduling Order by <u>March 30, 2010</u>.

Except as otherwise provided herein, all provisions of the Scheduling Order shall remain in effect.

SO ORDERED this _____ day of _____ 2010.

_____
U.S.D.J.

DATED: March 16, 2010.

AGREED TO AS TO FORM:

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle

Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon

John G. Day (DE2403)
jday@ashby-geddes.com
Tiffany Geyer Lydon (DE3950)
tlydon@ashby-geddes.com
Caroline Hong (DE5189)
chong@ashby-geddes.com
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

*Attorneys for Defendant Apple Inc.*