# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 09-804 (JJF) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Jared T. Green, Esquire, hereby certify that on the 31st day of March, 2010, a copy of *Plaintiff St. Clair Intellectual Property Consultants, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), First Set of Interrogatories to Defendant Apple Inc.,* and *First Set of Requests for Documents and Things to Defendant Apple Inc.* were served via email to the following counsel of record:

John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Caroline Hong, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

Jeffrey E. Ostrow, Esquire
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304

Victor Cole, Esquire
Henry B. Gutman, Esquire
Seth Kruglak, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

75616 v1

Dated: March 31, 2010

*Of Counsel*:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

SEITZ, VAN OGTROP & GREEN

/s/ Jared T. Green
_____
George H. Seitz, III, Esq. (No. 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esq. (No. 3126)
pmcgonigle@svglaw.com
Jared T. Green, Esq. (No. 5179
jtgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.

75616 v1